| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re: SANTIAGO D. GEPIGON |

Case No.: 17-2083

Adversary No.: _____

Chapter: _____

Judge: KAPLAN

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. NOTE: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: REDSTONE FEDERAL CREDIT UNION
(Example: John Smith, creditor)

Old address: C/O SKLAR LAW LLC
1200 LAUREL OAK ROAD, SUITE 102
VOORHEES NJ 8043

New address: C/O SKLAR LAW LLC
20 BRACE ROAD, SUITE 205
CHERRY HILL NJ 08034

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 5/18/22

Signature

*rev.8/1/2021*