| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Santiago D. Gepigon <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1559 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Amelia C. Gepigon <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6521 <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–20583–MBK | | |

# Order of Discharge                                                                                                                        12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Santiago D. Gepigon                                      Amelia C. Gepigon

   7/22/22                                                  **By the court:** Michael B. Kaplan
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20583-MBK |
| Santiago D. Gepigon | Chapter 13 |
| Amelia C. Gepigon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Santiago D. Gepigon, Amelia C. Gepigon, 43 Atlanta Ave., Piscataway, NJ 08854-2139 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517018926 | + | REDSTONE FEDERAL CREDIT UNION, C/O SKLAR LAW LLC, 20 BRACE ROAD, SUITE 205, CHERRY HILL, NJ 08034-2634 |
| 516842621 | + | Real Time Resolutions, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 516842622 | + | Redstone Fcu, Po Box 5347, Huntsville, AL 35814-5347 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: WFFC.COM | Jul 23 2022 00:43:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Federick, MD 21701 |
| 517111704 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:06 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517111346 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:43 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516842597 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:15 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516842596 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:49 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516842599 | + | EDI: BANKAMER.COM | Jul 23 2022 00:43:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516842598 | + | EDI: BANKAMER.COM | Jul 23 2022 00:43:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516962628 | | EDI: BANKAMER.COM | Jul 23 2022 00:43:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517120171 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:20 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516842605 | + | EDI: CITICORP.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 23 2022 00:43:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516842603 | + | EDI: CITICORP.COM | Jul 23 2022 00:43:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516842609 | | EDI: DISCOVER.COM | Jul 23 2022 00:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516855906 | | EDI: DISCOVER.COM | Jul 23 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516842607 | + | EDI: DISCOVER.COM | Jul 23 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516842611 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 20:45:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 516842613 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 20:45:00 | Fed Loan Srvcg, Po Box 60610, Harrisburg, PA 17106-0610 |
| 516842612 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 20:45:00 | Fed Loan Srvcg, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518661362 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2022 20:46:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 518661361 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2022 20:45:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519628283 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2022 20:46:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519628284 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2022 20:46:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, FirstKey Master Funding 2021-A Collatera, c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 516842601 | | EDI: JPMORGANCHASE | Jul 23 2022 00:43:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 516842602 | | EDI: JPMORGANCHASE | Jul 23 2022 00:43:00 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 516842614 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:15 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 517111354 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:19 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517102078 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 20:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516842616 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 20:45:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 516842617 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 20:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 516842618 | + | Email/Text: EDI@CACIONLINE.NET | Jul 22 2022 20:45:00 | Midwest Recovery Syste, Po Box 899, Florissant, MO 63032-0899 |
| 516842620 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 22 2022 20:45:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 518004170 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 22 2022 20:45:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: 3180W | Total Noticed: 44 |

| 518004171 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Jul 22 2022 20:45:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518585758 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jul 22 2022 20:46:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585759 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jul 22 2022 20:46:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, U.S. Bank Trust National Association, as, 84119-3284 |
| 517106752 | Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 22 2022 20:45:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 516842623 | EDI: WFFC.COM | | |
| | | Jul 23 2022 00:43:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516948604 | + EDI: WFHOME | | |
| | | Jul 23 2022 00:43:00 | Wells Fargo Bank, N.A. as servicer, Attn: Default Document Processing, 1000 Blue Gentian Road, N9286-01Y, Eagan MN 55121-1663 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | REDSTONE FEDERAL CREDIT UNION, c/o Sklar Law, LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 517023856 | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA FL 33631-3785 |
| 516842600 | *+ | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516842606 | *+ | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516842604 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516842610 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516842608 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516842615 | *+ | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 516842619 | ##+ | Midwest Recovery Syste, 2747 W Clay St Ste A, Saint Charles, MO 63301-2557 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: 3180W | Total Noticed: 44 |

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Andrew Sklar
    on behalf of Creditor REDSTONE FEDERAL CREDIT UNION andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew M. Lubin
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Andrew Thomas Archer
    on behalf of Joint Debtor Amelia C. Gepigon aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer
    on behalf of Debtor Santiago D. Gepigon aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael J. Milstead
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust michael@milsteadlaw.com

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11